■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VITO J. CASTELLANO, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on April 8, 1988, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Carro, J. P., Milonas, Ellerin and Wallach, JJ.